UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23CR80123-RLR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CODEY ALLEN BATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
<u>MOTION OF DOWNWARD VARIANCE</u>**

The United States hereby files this response to the Defendant's motion for downward variance (DE 34) and states as follows:

1. The government opposes any downward variance from the guidelines, as they wholly and appropriately create a sentencing range that is appropriate for the defendant's crimes.

2. To that end, the applicable sentencing guidelines, section 2G2.1, have not been amended by congress or the United States Sentencing Commission despite opportunity to do so.

3. The victim's family will speak to the Court and provide context to the defendant's crimes and the defendant at sentencing.

4. The government will produce the video that is the basis of Count 1 of the Indictment for the Court's review.

5. Despite Dr. Brannon's analysis and this crime occurring 5 years ago, the minimum sentence of 15 years is wholly insensitive to the crimes purported in this case: the defendant sexually assaulted his own infant child, a child with significant disabilities, a child who was defenseless to the defendant's deviant sexual proclivities.

The government will present other arguments *or tenus*.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By:   *s/Gregory Schiller*
        Gregory Schiller
        Assistant United States Attorney
        Florida Bar No. 0648477
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Tel: (561) 209-1045
        Email: gregory.schiller@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                  s/*Gregory Schiller*
                                                  Gregory Schiller
                                                  Assistant United States Attorney